IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) CIVIL ACTION NO. 1:23-00208-JB-N |
| | ) |
| **41 DAIQUIRI & FOODS, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Court's Order dated June 10, 2024 (Doc. 29), Judgment is hereby entered in favor of Plaintiff Joe Hand Promotions, Inc. and against Defendants 41 Daiquiri & Foods, LLC and Captain Munnerlyn, jointly and severally, in the amount of TEN THOUSAND AND NO/100 DOLLARS ($10,000.00), with interest running from March 6, 2024, and costs.

**DONE and ORDERED** this 10th day of June, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE